531 A.2d 1107

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Darryl LYONS.**

Supreme Court of Pennsylvania.

Argued Sept. 19, 1986.

Decided Oct. 8, 1987.

Michael Veshecco, Dist. Atty., Frank J. Scutella, Asst. Dist. Atty., Paul J. Susko, Erie, for appellant.

Carmela R.M. Presogna, Asst. Public Defender, Erie, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

HUTCHINSON, J., dissents from the dismissal of the appeal and would reach the merits.

LARSEN and McDERMOTT, JJ., dissent.